**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LARRY D. JOHNSON (01),<br><br>　　　　Defendant. | Case No. 17-20034-DDC-JPO-1 |

**MEMORANDUM AND ORDER**

This matter is before the court on defendant Larry D. Johnson's motion to dismiss (Doc. 147). Mr. Johnson is represented by counsel but filed this motion on his own. *See* Doc. 146; Doc. 147. There is no constitutional right to hybrid representation—simultaneous self-representation and representation by counsel. *United States v. Couch*, 758 F. App'x 654, 655 (10th Cir. 2018). But district courts "have discretion over whether to allow hybrid representation." *Id.* at 656. Exercising that discretion, the court declines to permit hybrid representation here. The court thus denies Mr. Johnson's pro se motion without prejudice.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant Larry D. Johnson's motion to dismiss (Doc. 147) is denied without prejudice.

**IT IS SO ORDERED.**

**Dated this 3rd day of November, 2020, at Kansas City, Kansas.**

　　　　　　　　　　　　　　　　　　　　　**s/ Daniel D. Crabtree**
　　　　　　　　　　　　　　　　　　　　　**Daniel D. Crabtree
　　　　　　　　　　　　　　　　　　　　　United States District Judge**